FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSHUN WHITE, | NO. CV 07-6388-GAF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| BEN CURRY, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: _____5/6_____, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE